```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**TYLER RICH,**

    **Plaintiff,**

  **v.**                              **Civil Action No. 1:19-cv-21**
                                              **(Judge Kleeh)**

**FCA US LLC, et al.,**

    **Defendants.**

## DISMISSAL ORDER

Pursuant to the parties' April 24, 2019, *Stipulated Dismissal with Prejudice* [Dkt. No. 29], which states that the parties have reached a settlement in this matter, the Court **ORDERS** that this matter is resolved and **DISMISSED** with prejudice, and that the parties shall bear their own costs.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: April 24, 2019

                                              */s/ Thomas S. Kleeh*
                                              THOMAS S. KLEEH
                                              UNITED STATES DISTRICT JUDGE